William D. Hyslop
United States Attorney
Eastern District of Washington
Troy J. Clements
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 10 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

DESHAYNA RHEANN BRISBOIS-LOGIE,

Defendant.

1:19-CR-2042-SAB

INDICTMENT

Vio: 18 U.S.C. §§ 113(a)(6), 1153 –
Assault Resulting in Serious Bodily Injury

The Grand Jury charges:

On or about March 7, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation, in Indian Country, the Defendant, DESHAYNA RHEANN BRISBOIS-LOGIE, an Indian, did knowingly assault

INDICTMENT            1

1 | A.W., resulting in serious bodily injury, all in violation of 18 U.S.C. §§ 113(a)(6), 1153.

DATED this 10th day of September, 2019.

A TRUE BILL

Foreperson

*[signature]*
William D. Hyslop
United States Attorney

*[signature]*
Thomas J. Hanlon
Supervisory Assistant United States Attorney

*[signature]*
Troy J. Clements
Assistant United States Attorney

INDICTMENT                                     2