# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Brisbois-Logie, Deshayna Rheann | Docket No. | 0980 1:19CR02042-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Deshayna Rheann Brisbois-Logie, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 25th day of September 2019, under the following conditions:

**Special Condition #5**: Defendant shall participate in a program of GPS location monitoring. The defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event the defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the Unites States Marshals Service, who shall immediately find, arrest and detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/ Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Deshayna Brisbois-Logie is alleged of being in violation of her location monitoring program by deviating from her approved leave schedule on October 15 and 22, 2019.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 5. On this same date, the location monitoring program rules and expectations were also reviewed and signed by Ms. Brisbois-Logie acknowledging her understanding of the program.

On October 15, 2019, Ms. Brisbois-Logie deviated from her location monitoring program by traveling to White Swan, Washington, without permission. When the defendant was confronted regarding her unauthorized leave, she stated she went to pick up a child that was left alone. The defendant stated that despite knowing she was going to get in trouble, she felt picking up the lonely child was worth the risk. Ms. Brisbois-Logie was verbally reprimanded for this behavior. She stated she understood her requirements and agreed to comply with her release conditions.

On October 22, 2019, at 8:45 p.m. this officer received a text message from Ms. Brisbois-Logie requesting to go to the emergency room due to having a high fever and vomiting. Her request was authorized. She then sent another message stating the emergency room was busy and requested she be allowed to go to Safeway instead to buy medicine. Her request was authorized. At 10:45 p.m. this officer received a notice Ms. Brisbois-Logie failed to return after getting her medicine. According to BI Total Access tracking system, Mr. Brisbois-Logie traveled to the Safeway Grocery Store in Toppenish, Washington, as permitted. However, she then traveled to the Cougar Den in Wapato, Washington, then proceeded to travel to White Swan, Washington, without permission. This officer made contact with Ms. Brisbois-Logie and directed her to explain why she deviated from the schedule. She reported she fell asleep and did not realize her ride drove out to White Swan. She was directed to immediately return home. Ms. Brisbois-Logie was nearly 1 hour past her authorized leave before returning home.

Re: Brisbois-Logie, Deshayna Rheann
October 24, 2019
Page 2

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  October 24, 2019

by    s/Jose Zepeda

Jose Zepeda
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer
10/24/2019
Date