# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Brisbois-Logie, Deshayna Rheann | Docket No. | 0980 1:19CR02042-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Deshayna Rheann Brisbois-Logie, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 25th day of September 2019, under the following conditions:

**Special Condition #5**: Defendant shall participate in a program of GPS location monitoring. The defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event the defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the Unites States Marshals Service, who shall immediately find, arrest and detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #2: Deshayna Brisbois-Logie is alleged of being in violation of her location monitoring program by deviating from her approved leave schedule on November 5, 2019. She was also 41 minutes late to return home from her authorized leave.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 5. On this same date, the location monitoring program rules and expectations were also reviewed and signed by Ms. Brisbois-Logie acknowledging her understanding of the program. On October 29, 2019, Ms. Brisbois-Logie reported to the probation office to discuss her continued noncompliance with her location monitoring program, specifically deviating from her schedule. A second copy of the location monitoring agreement was provided to her.

On November 5, 2019, Ms. Brisbois-Logie had requested permission to go to Yakima County District Court. This request was approved. However, prior to her going to her approved location, Ms. Brisbois-Logie traveled to Harrah, Washington. Per the location monitoring points, she stopped at Harrah Elementary School. From this location, she traveled to Yakima County District Court. After leaving Yakima County District Court, she traveled to a gas station on Yakima Avenue and Sixth Street in Yakima, Washington. From this location, she traveled to the Department of Social and Health Services (DSHS). Ms. Brisbois-Logie then traveled to a gas station on the corner of West Wapato Road and Lateral C in Wapato, Washington. Ms. Brisbois-Logie went across the road to Wheeler's Pawn Shop then back to the gas station. Ms. Brisbois-Logie then returned home 41 minutes past her authorized leave time. Although Ms. Brisbois-Logie had sent a last minute text indicating she was going to go to the DSHS office, she did not obtain prior permission before visiting these locations.
Violation #3: Deshayna Brisbois-Logie is alleged of being in violation of her location monitoring program by leaving her residence without permission on November 5, 2019.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 5. On this same date, the location monitoring program rules and expectations were also reviewed and signed by Ms. Brisbois-Logie acknowledging her understanding of the program. On October 29, 2019, Ms. Brisbois-Logie reported to the probation office to discuss her continued noncompliance with her location monitoring program, specifically deviating from her schedule. A second copy of the location monitoring agreement was provided to her.

On November 5, 2019, the undersigned received a text message from Ms. Brisbois-Logie indicating her uncle gave her money to pay the light bill and needed to leave now. Ms. Brisbios-Logie left her residence without permission and traveled to the Mount Adams Housing development in Wapato, Washington. Ms. Brisbois-Logie then traveled to the corner of South Ahtanum and West First Street in Wapato without permission. This officer attempted to reach her by phone but she did not answer. A message was sent to Ms. Brisbois-Logie via BI Total Access System directing her to call her officer. She responded via text message stating she was on the phone with the light company. She also acknowledged she knew she was not supposed to leave. Ms. Brisbois-Logie left her home without permission for approximately half an hour.

Ms. Brisbois-Logie was verbally reprimanded for this behavior. She stated she understood her requirements but finds it difficult to comply when she does not have reliable transportation. She was advised the issue is that she is deviating from her schedule.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS
PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    November 6, 2019

by    s/Jose Zepeda

Jose Zepeda
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

M. K. Dimke

Signature of Judicial Officer

11/6/2019
Date