UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Brisbois-Logie, Deshayna Rheann | Docket No. | 0980 1:19CR02042-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW  Linda Leavitt  PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Deshayna Rheann Brisbois-Logie, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 25th day of September 2019, under the following conditions:

**Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances define in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law.  Defendant may not use or possess marijuana, regardless of whether defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Deshayna Brisbois-Logie is alleged of being in violation of her conditions of release by consuming a controlled substance, cocaine, on or about November 22, 2019.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie.  She acknowledged an understanding of her conditions, which included condition number 9.

On November 22, 2019, the below said officer conducted a home visit at the defendant's listed address.  The below said officer collected a random urine sample from the defendant, which tested presumptive positive for cocaine. The sample was sealed in front of the defendant and sent to Alere Laboratory (Alere) for testing.  Results were received from Alere on November 29, 2019, confirming the sample was positive for cocaine.  The defendant denied taking any medication and denied any drug use. The below said officer texted the defendant a copy of the results from Alere.  Her response was the following:  "what, I've been clean.....I've never even done cocaine, whatever, that's bullshit."

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed    December 5, 2019 |
| by | s/Linda Leavitt |
| | Linda Leavitt<br>U.S. Pretrial Services Officer |

PS-8

Re: Brisbois-Logie, Deshayna Rheann
December 5, 2019
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

12/5/2019
_____
Date