# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Brisbois-Logie, Deshayna Rheann | Docket No. | 0980 1:19CR02042-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Deshayna Rheann Brisbois-Logie, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 25th day of September 2019, under the following conditions:

**Special Condition #5**: Defendant shall participate in a program of GPS location monitoring. The defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event the defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the Unites States Marshals Service, who shall immediately find, arrest and detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Deshayna Brisbois-Logie is alleged of being in violation of her location monitoring program by deviating from her approved leave schedule on January 13, 2020. She went to a location not approved by United States Probation and was approximately 90 minutes late to return home from her authorized leave.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 5. On this same date, the location monitoring program rules and expectations were also reviewed and signed by Ms. Brisbois-Logie acknowledging her understanding of the program. On October 29, 2019, Ms. Brisbois-Logie reported to the probation office to discuss her continued noncompliance with her location monitoring program, specifically deviating from her schedule. A second copy of the location monitoring agreement was provided to her. Ms. Brisbois-Logie has been reminded of the location monitoring program rules weekly since the start of pretrial supervision.

On January 13, 2020, this officer was notified by Location Monitoring Specialist (LMS) Hare, that Ms. Brisbois-Logie's beacon had lost power throughout the morning beginning at 2:15 a.m.; however, power was restored at 2:22 a.m. LMS Hare advised as of 10:51 a.m., the beacon had lost power again. This officer attempted to contact Ms. Brisbois-Logie via multiple text messages and phone calls to her two personal cell phone numbers, attempted to make contact with her stepfather with whom she resides, sent three notifications requesting contact through the location monitoring (LM) tracker on her ankle, and finally made contact with her mother who advised she would drive over to Ms. Brisbois-Logie's home and follow up. Upon request, Ms. Brisbois-Logie's mother had her call me regarding the loss of power to the beacon. Ms. Brisbois-Logie advised their power was turned off and she did not have any money or transportation to get it paid. This officer advised she needs to find a way to get the power back on as her LM unit needs to be charged, including the batteries, or it will die. This officer asked if she had a plan. If not, this officer stated she would drive to her house and provide her with extra batteries until a plan was devised. Ms. Brisbois-Logie then became extremely disrespectful toward this officer, using vulgar language and stating this officer was "stupid," and she is "tired of being stuck at home and not able to go anywhere." This officer directed Ms. Brisbois-Logie to devise a plan regarding addressing her power outage and call this officer back with a schedule request. This office then terminated the telephone call as Ms. Brisbois-Logie continued being disrespectful towards this officer by using vulgar language.

Re: Brisbois-Logie, Deshayna Rheann
January 15, 2020
Page 2

Approximately 30 minutes later, Ms. Brisbois-Logie called this officer and stated she had transportation. She advised she was going to receive financial assistance from the Tribe and then she was going to go to the Yakama Mart in Toppenish to pay the bill. This officer approved her leave request from 2:40 p.m. until 5:30 p.m.

At 5:30 p.m. this officer was notified by LMS Hare that Ms. Brisbois-Logie failed to return to her residence by 5:30 p.m. This officer made contact with Ms. Brisbois-Logie who advised she "walked to her uncle's house because the power was still out." This officer directed the defendant to return home within 10 minutes, as going to her uncle's house was not approved. Ms. Brisbois-Logie then asked if she could spend the night at her uncle's home. This officer denied the request and advised per the location monitoring policy, overnight stays are not approved without a Court order. This officer continued to monitor Ms. Brisbois-Logie's whereabouts until she returned home at 7:16 p.m. Per the BI Total Access program, Ms. Brisbois-Logie did go to the Tribe as well as Yakama Mart; however, she also traveled to Harrah and was observed at Harold's General Store around 7:08 p.m.

Ms. Brisbois-Logie has been verbally reprimanded for the continuing behavior multiples times, including coming before the Court to address the noncompliance and deviations under the location monitoring program four previous times. Supervising United States Probation Officer Zepeda and Deputy Chief United States Probation Officer Vargas have addressed the continued deviations with Ms. Brisbois-Logie as well.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 01/15/2020

by  s/Linda J. Leavitt

Jose Zepeda
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

m.k.Dimke

Signature of Judicial Officer
1/15/2020
Date