UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Brisbois-Logie, Deshayna Rheann | Docket No. | 0980 1:19CR02042-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Linda Leavitt, U.S. PROBATION OFFICER presenting an official report upon the conduct of defendant Deshayna Rheann Brisbois-Logie, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 25th day of September 2019, under the following conditions:

**Special Condition #5**: Defendant shall participate in a program of GPS location monitoring. The defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event the defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the Unites States Marshals Service, who shall immediately find, arrest and detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2**: Deshayna Brisbois-Logie is alleged of being in violation of her location monitoring program by failing to return to her residence as required per her approved location monitoring leave schedule, on January 16, 2020.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 5. On this same date, the location monitoring program rules and expectations were also reviewed and signed by Ms. Brisbois-Logie acknowledging her understanding of the program.

On January 16, 2020, Ms. Brisbois-Logie sent this officer a text message at 11 a.m. asking if she could leave at 12 p.m. to go to Safeway in Toppenish, Washington, with a return by 3 or 3:30 p.m. This officer responded to Ms. Brisbois-Logie stating this request would be approved this time only and reminded her she needs to request leave in advance per the location monitoring rules and she also needs to submit her requests via the daily activity form in advance. This officer referred Ms. Brisbois-Logie to review her location monitoring agreement for further guidance. Ms. Brisbois-Logie then responded asking if she could go to the library as well to make more copies of the daily activity form. This officer approved the request. Ms. Brisbois-Logie was approved to leave her house from 12 p.m. to 3 p.m.

At 3:30 p.m. this officer was contacted by Supervising United States Probation Officer (SUSPO) Zepeda, advising that Ms. Brisbois-Logie had failed to return home as directed. This officer reviewed the events via BI Total Access and observed Ms. Brisbois-Logie did not return to her listed residence until 4:06 p.m.

On January 17, 2020, while reviewing Ms. Brisbois-Logie's location monitoring points in the BI Total Access System, GPS points showed Ms. Brisbois-Logie was observed at Safeway as approved; however, she was also observed at the following locations during her approved leave: a residence in the area of 401 Adams View Road in Toppenish; Topp-Stop in Toppenish, which is a gas station/convenience store around, 3:04 p.m.; the Yakamart in Toppenish around 3:48 p.m.; the Yakama Nation agency located at 91 Wishpoosh Road in Toppenish around 2:12 p.m.; and at the Yakama Nation Cultural Center located at 100 Buster Road in Toppenish, between 1:45 p.m. and 2 p.m. Ms. Brisbois-Logie was only approved to leave her residence to go to Safeway and the library this date.

Re: Brisbois-Logie, Deshayna Rheann
January 17 , 2019
Page 2

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   January 17, 2020

by   s/Linda Leavitt

Linda Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ] X The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*m. k. Dimke*

Signature of Judicial Officer

1/18/2020

Date