# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Brisbois-Logie, Deshayna Rheann | Docket No. | 0980 1:19CR02042-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda Leavitt, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Deshayna Rheann Brisbois-Logie, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 25th day of September 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #8**: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3**: Deshayna Brisbois-Logie is alleged of being in violation of her pretrial release conditions by failing to attend chemical dependency treatment on January 21, 2020.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 8.

On January 30, 2020, the below said officer received two status reports from Yakama Nation Tiinawit Program (chemical dependency treatment program) advising Ms. Brisbois-Logie failed to attend her initial treatment group on January 21, 2020. Per the report, Ms. Brisbois-Logie also did not call the treatment facility. On January 31, 2020, this officer contacted the Tinnawit Program to confirm if Ms. Brisbois-Logie had failed to attend treatment. This officer was informed Ms. Brisbois-Logie did not attend treatment on January 21, 2020.

**Violation #4:** Deshayna Brisbois-Logie is alleged of being in violation of her pretrial release conditions by consuming marijuana on or about January 14, 2020.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 9.

On January 30, 2020, this officer received a status report from Yakama Nation Tiinawit Program stating Ms. Brisbois-Logie submitted a random urine sample on January 14, 2020, which tested positive for marijuana. On January 31, 2020, this officer received test results from Cordant Health Solutions confirming the sample collected from Ms. Brisbois-Logie was confirmed positive for marijuana at 47 ng/mL.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

Re: Brisbois-Logie, Deshayna Rheann
January 31, 2020
Page 2

                        I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 31, 2020

by   s/Linda Leavitt

Linda Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer
1/31/2020
Date