UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Brisbois-Logie, Deshayna Rheann | Docket No. | 0980 1:19CR02042-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Deshayna Rheann Brisbois-Logie, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 25th day of September 2019, under the following conditions:

<u>**Special Condition #4**</u>: Defendant shall submit to a mental health evaluation and undergo any recommended treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

<u>**Special Condition #8**</u>: Defendant shall submit to substance abuse evaluation and undergo recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions or release or supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

<u>**Special Condition #10**</u>: Defendant shall submit to random urinalysis and breathalyser testing for controlled substances and alcohol as directed by the United States Probation/Pretrial Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>**Violation #1**</u>: Deshayna Brisbois-Logie is alleged of being in violation of her pretrial release conditions by failing to attend her mental health assessment on March 10, 2020.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 4.

On March 9, 2020, the below said officer spoke with Ms. Brisbois-Logie in regard to her mental health assessment that had been rescheduled for March 10, 2020, after she failed to show up for her initial appointment on March 3, 2020. Ms. Brisbois-Logie stated she was relying on a ride to get to her appointment on time. She also stated that if she did not have a ride, she would walk to Yakama Nation Behavioral Health Services (YNBH) and complete her assessment.

On March 10, 2020, the below said officer received notification from YNBH that Ms. Brisbois-Logie was a no call, no show, for her rescheduled anger, aggression, and violence assessment.

On March 11, 2020, the below said officer spoke with Lisa Davisson, the therapist at YNBH, who has been working with Ms. Brisbois-Logie in hopes of completing the assessment. Ms. Davisson stated Ms. Brisbois-Logie's appointment was scheduled for 9 a.m., and she did not receive a call from Ms. Brisbois-Logie until 11 a.m.

**Violation #2**: Deshayna Brisbois-Logie is alleged of being in violation of her pretrial release conditions by failing to submit to random urinalysis (UA) testing at Merit Resource Services (Merit) on March 9 and 10, 2020.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 10.

On March 9, 2020, at 1:14 p.m., the below said officer spoke with Ms. Brisbois-Logie regarding a power outage at her home and there being a loss of power to her location monitoring beacon. Ms. Brisbois-Logie informed this officer that her color was called for random UA testing at Merit that same day. Ms. Brisbois-Logie stated she was hoping to have a ride to submit to UA testing on this date. This officer let Ms. Brisbois-Logie know if she could not make it to Merit before the close of business due to not having transportation, she could report the following day to Merit and submit to UA testing, as she would be in Toppenish, Washington, to complete her mental health assessment.

On March 11, 2020, this officer contacted Merit and verified that Ms. Brisbois-Logie failed to report to Merit for UA testing on March 9 and 10, 2020.

It should be noted that after reviewing Ms. Brisbois-Logie's daily activities via the BI Total Access Program (BI), it was observed that on March 9, 2020, Ms. Brisbois-Logie left her residence at approximately 2:34 a.m. She went on to spend approximately 60 minutes between Legends Casino and the Yakamart convenience store down the street, both located in Toppenish. Ms. Brisbois-Logie returned to her residence at 3:55 a.m. At 1:14 p.m., Ms. Brisbois-Logie contacted this officer by telephone as aforementioned. At 1:59 p.m., Ms. Brisbois-Logie left her residence by vehicle and stopped at the Wolf Den convenience store in Wapato, Washington, for approximately 40 minutes before heading to Yakima, and spending approximately 30 minutes at the AMPM convenience store located on Nob Hill Boulevard. She then made a stop at a nearby residence for approximately 15 minutes before leaving back to her residence, where she arrived at 4:14 p.m.

It is clear that Ms. Brisbois-Logie knew about her UA testing obligations and willfully failed to submit to UA testing after having obtained the transportation she was depending on. Merit offices in Wapato, and Yakima, were available to Ms. Brisbois-Logie for testing.

**Violation #3**: Deshayna Brisbois-Logie is alleged of being in violation of her pretrial release conditions by failing to attend her individual substance abuse counseling session on March 6, 2020, as well as group sessions on February 18, 2020, and March 10, 2020, at Yakama Nation Tiinawit Program. Ms. Brisbois-Logie has also failed to attend self-help support meetings as recommended since commencing her treatment plan on January 14, 2020.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 8.

On March 11, 2020, this officer spoke with Ms. Brisbois-Logie's counselor who stated that Ms. Brisbois-Logie did not attend her individual session on March 6, 2020. The counselor also stated that Ms. Brisbois-Logie showed up to the agency on February 18, 2020, but did not attend her group as Ms. Brisbois-Logie stated that her sister was missing and that is why she could not stay for the group. On March 10, 2020, Ms. Brisbois-Logie did not show up for her group session. The counselor also stated that Ms. Brisbois-Logie has not provided proof of attending any self-help support meetings in the community.

Re: Brisbois-Logie, Deshayna Rheann
March 12, 2020
Page 3

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:  March 12, 2020 |
| by | s/Arturo Santana |
|   | Arturo Santana<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

3/16/2020

Date