# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.     Brisbois-Logie, Deshayna Rheann     Docket No.     0980 1:19CR02042-SAB-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Deshayna Rheann Brisbois-Logie, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 25th day of September 2019, under the following conditions:

**Condition #1**: Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Deshayna Brisbois-Logie is alleged of being in violation of her pretrial release conditions by allegedly committing the crime of fourth degree assault domestic violence on June 13, 2020.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included condition number 1.

On June 13, 2020, per Granger Police Department incident report number 20G0539, at approximately 2:30 p.m., Officer Hurst was detailed to 317 West Boulevard in reference to an assault that had occurred. The call comments indicated there was a time delay of roughly 10 minutes and the suspect had already left the area.

Officer Hurst arrived on the scene and made contact with the victim, FK, who identified herself. She told the officer she had gotten into an argument with her roommate, identified as Deshayna Brisbois-Logie. The issue stemmed from FK's niece telling her that Ms. Brisbois-Logie's daughter had taken her money. It should be noted, the two girls in question are cousins and are approximately 6 years old. FK confronted Ms. Brisbois-Logie's daughter about the money, and when the child denied it, FK called Ms. Brisbois-Logie's daughter a liar. According to FK, the two of them got into an argument, and Ms. Brisbois-Logie was told she had to leave the residence.

It should be noted that Ms. Brisbois-Logie has been living at this residence with FK approximately 1 month. Furthermore, Ms. Brisbois-Logie is on pretrial supervision and wears an ankle monitor. FK told the officer that Ms. Brisbois-Logie hit her in the back of the head with her ankle monitor charger as she left the residence. The officer asked if she required aid and if there were any signs of injury. The officer inspected the location where FK alleges she was struck and was unable to see any signs of injury. FK told the officer that if he felt her head, he would be able to feel a bump. While wearing gloves, the officer checked the back of her head and was unable to feel any bumps. The officer next asked if anyone witnessed the assault, and she told the officer that her other roommate, SM, had seen the assault. The officer asked if SM was on the scene, and if SM could speak with her. She stated that she was. A short time later, SM emerged from the restroom and told the officer that she had seen Ms. Brisbois-Logie hit FK in the back of the head. The officer asked both SM and FK if they would be willing to provide him with a written statement; they stated they would. The officer provided both of them with Granger Sworn statement forms and instructed them on how to fill them out. A short time later, they returned both forms to the officer, completed and signed. The officer thanked them for completing the forms and terminated contact.

The officer contacted this officer and provided information he had, indicating he would be forwarding this case and the charge of fourth degree assault domestic violence to the prosecutor for review.

As of the date of this report, no charges have been filed against Ms. Brisbois-Logie.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:　June 18, 2020

by　s/Arturo Santana

Arturo Santana
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]　No Action
[ ]　The Issuance of a Warrant
[X]　The Issuance of a Summons
[ ]　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　Defendant to appear before the Judge assigned to the case.
[X]　Defendant to appear before the Magistrate Judge.
[ ]　Other

*Stanley A. Bastian*

Signature of Judicial Officer

6/19/2020

Date