# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 27, 2020**

SEAN F. McAVOY, CLERK

U.S.A. vs. Brisbois-Logie, Deshayna Rheann          Docket No.     0980 1:19CR02042-SAB-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Deshayna Rheann Brisbois-Logie, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 25th day of September 2019, under the following conditions:

**Special Condition #8**: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.

**Special Condition #10:** Defendant shall submit to random urinalysis and Breathalyzer testing for controlled substances and alcohol as directed by the United States Probation/Pretrial Office.

**Condition #3**: Defendant shall appear at all proceedings and surrender as directed for service of any sentenced imposed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Deshayna Brisbois-Logie is alleged of being in violation of her pretrial release conditions by failing to attend chemical dependency treatment as of October 23, 2020.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 8.

As of October 23, 2020, Ms. Brisbois-Logie has failed to engage her substance abuse treatment program. According to Ms. Brisbois-Logie's substance abuse counselor, Roberta Growney, at the Yakama Nation Tiinawit Program, Ms. Brisbois-Logie was expected to engage her treatment program beginning on August 31, 2020, when in-person services resumed.

On September 16, 2020, this officer asked the defendant about her communication with her substance abuse counselor. Ms. Brisbois-Logie stated to be trying to stay in touch with her counselor but had been unsuccessful. She stated to have left voicemail messages. Ms. Brisbois-Logie was instructed to make an effort to engage the counseling services.

On September 28, 2020, this officer asked Ms. Brisbois-Logie about her progress with her substance abuse counseling. She stated to have been trying to check in with her counselor for the last 2weeks and she had not received a call back from voicemail messages she left. It should be noted, the defendant consistently changes her contact telephone number.

On October 23, 2020, this officer spoke with Ms. Growney, and this officer was informed that Ms. Growney received Ms. Brisbois-Logie's voicemails, but she has been unable to call her back as the telephone numbers provided did not have service. The voicemails received from Ms. Brisbois-Logie had been during non-business hours. Ms. Growney stated her office is open during business hours on Mondays, Wednesdays and Fridays. She noted there was no reason why Ms. Brisbois-Logie could not call her during business hours on these dates. Ms. Growney stated Ms. Brisbois-Logie has not made any progress since the commencement of her treatment program in late 2019. During the past year, Ms. Brisbois-Logie has had many excuses for not engaging the much needed treatment services. The last voicemail received from Ms. Brisbois-Logie was on September 29, 2020.

Re: Brisbois-Logie, Deshayna Rheann
October 27, 2020
Page 2

At this time, Ms. Brisbois-Logie is in noncompliance and will be discharged from the treatment program due to unsuccessful progress.

**Violation #2**: Deshayna Brisbois-Logie is alleged of being in violation of her pretrial release conditions by failing to submit to random urinalysis testing (UA) at Merit Resource Services (Merit) on October 12 and 20, 2020.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 10.

On October 23, 2020, this officer contacted Merit and verified that Ms. Brisbois-Logie failed to report to Merit for a UA on October 12 and 20, 2020. It should be noted, the defendant has been required to submit to random UAs at Merit since November 2019.

**Violation #3**: Deshayna Brisbois-Logie is alleged of being in violation of her pretrial release conditions by failing to appear to her Court hearing on October 21, 2020.

On September 26, 2019, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included condition number 3.

On October 20, 2020, this officer spoke with Ms. Brisbois-Logie and reminded her of her court hearing the following day.

On October 21, 2020, Ms. Brisbois-Logie failed to appear to her pretrial conference hearing and a warrant was issued for her arrest. This officer spoke with Ms. Brisbois-Logie regarding her failure to appear for court. Ms. Brisbois-Logie stated to have no transportation and ongoing telephone issues. She was instructed to turn herself into the custody of the U.S. Marshals Service.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT TO APPEAR BEFORE THE MAGISTRATE JUDGE TO ANSWER TO THE ALLEGATIONS IN THE ATTACHED PETITION

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    October 27, 2020

by    s/Arturo Santana

Arturo Santana
U.S. Pretrial Services Officer

Re: Brisbois-Logie, Deshayna Rheann
October 27, 2020
Page 3

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer

10/27/2020

Date