UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Brisbois-Logie, Deshayna Rheann | Docket No. | 0980 1:19CR02042-SAB-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Deshayna Rheann Brisbois-Logie, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian sitting in the Court at Yakima, Washington, on the 25th day of January 2021, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #10**: Defendant shall submit to random urinalysis and Breathalyzer testing for controlled substances and alcohol as directed by the United States Probation/Pretrial Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Deshayna Brisbois-Logie is alleged of being in violation of her pretrial release conditions by consuming a controlled substance, methamphetamine, on or about February 10, 2021.

On January 26, 2021, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included standard condition number 9.

On February 10, 2021, Mr. Brisbois-Logie reported to Merit Resource Services (Merit) for urinalysis (UA) testing. The instant test results were presumptive positive for methamphetamine. The urine specimen was sent to Alere Toxicology Services (Alere) for confirmation testing.

On March 1, 2021, the testing results from Alere were received and confirmed the urine specimen was positive for the presence of methamphetamine.

**Violation #2**: Deshayna Brisbois-Logie is alleged of being in violation of her pretrial release conditions by failing to submit to random UA testing at Merit on February 3, 8, and 23, 2021; and March 4, 2021.

On January 26, 2021, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 10.

On January 26, 2021, Ms. Brisbois-Logie reviewed and signed the substance abuse testing instructions acknowledging her understanding of the testing program. She was instructed to call the Merit color line system daily and when her color (brown) is called, she is to report to Merit and submit to a drug screen.

On February 4, 2021, Merit reported Ms. Brisbois-Logie failed to show up to random UA testing on February 3, 2021.

On February 9, 2021, Merit reported Ms. Brisbois-Logie failed to show up to random UA testing on February 8, 2021.

PS-8

Re: **Brisbois-Logie, Deshayna Rheann**
**March 8, 2021**
**Page 2**

On February 24, 2021, Merit reported Ms. Brisbois-Logie failed to show up to random UA testing on February 23, 2021.

On March 5, 2021, Merit reported Ms. Brisbois-Logie failed to show up to random UA testing on March 4, 2021.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: March 8, 2021 |
| by | s/Arturo Santana |
|  | Arturo Santana<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

3/8/2021
Date