UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Brisbois-Logie, Deshayna Rheann | Docket No. | 0980 1:19CR02042-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Deshayna Rheann Brisbois-Logie, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian, sitting in the Court at Yakima, Washington, on the 25th day of January 2021, under the following conditions:

**Special Condition #8**: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.

**Special Condition #10**: Defendant shall submit to random urinalysis and Breathalyzer testing for controlled substances and alcohol as directed by the United States Probation/Pretrial Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3**: Deshayna Brisbois-Logie is alleged being in violation of her pretrial release conditions by failing to report to 2201 East Edison Avenue, Sunnyside, Washington, for transportation by American Behavioral Health Systems (ABHS) to Spokane, Washington, for inpatient treatment admission on April 14, 2021.

On January 26, 2021, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 8.

On April 2, 2021, an inpatient bed date for Ms. Brisbois-Logie was secured at ABHS in Spokane, for April 14, 2021. Ms. Brisbois-Logie was provided this information to include the location she would be picked up and the time. Ms. Brisbois-Logie was instructed to follow through with treatment recommendation and plan.

On April 14, 2021, at approximately 8:19 a.m., Ms. Brisbois-Logie was sent a text message to be in Sunnyside at 11 a.m. Ms. Brisbois-Logie responded by asking if it was tomorrow. This officer let her know it was today, April 14, 2021. This officer asked Ms. Brisbois-Logie if she had contacted her counselor. Ms. Brisbois-Logie stated her counselor told her it was tomorrow in Yakima.

On April 14, 2021, at approximately 10:30 a.m., this officer received a call from a Washington Department of Corrections (DOC) officer stating the ABHS shuttle was en route to pickup a U.S. probation client and would be at the Sunnyside location in 15 minutes.

This officer contacted Ms. Brisbois-Logie's counselor, Ms. Growney, and she stated Ms. Brisbois-Logie would be going to ABHS tomorrow, April 15, 2021, as Ms. Brisbois-Logie secured her own transportation, from her mother. This officer informed Ms. Growney that the ABHS transport shuttle would arrive in Sunnyside at 10:45 a.m. to pick Ms. Brisbois-Logie up and transport her to Spokane. Ms. Growney stated to be trying to contact ABHS with no success to inform them of Ms. Brisbois-Logie going in the following day.

This officer contacted ABHS and spoke with admissions staff. This officer was notified that female clients are only admitted on Wednesdays due to COVID-19 precautions that include quarantine procedures upon admission.

It appears ABHS was expecting Ms. Brisbois-Logie to be picked up on this date to be admitted into their facility for their inpatient treatment program. This officer confirmed with a Sunnyside DOC officer that Ms. Brisbois-Logie did not show up for transport, and the ABHS transport left without Ms. Brisbois-Logie.

It also appears Ms. Brisbois-Logie, or Ms. Growney, made a last minute change without first getting approval from ABHS, as Ms. Brisbois-Logie will not be admitted tomorrow due to quarantine protocols.

**Violation #4**: Deshayna Brisbois-Logie is alleged to be in violation of her pretrial release conditions by failing to submit to random urinalysis (UA) testing at Merit on March 18 and 29, 2021; and April 6 and 12, 2021.

On January 26, 2021, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 10.

On January 26, 2021, Ms. Brisbois-Logie reviewed and signed the substance abuse testing instructions acknowledging her understanding of the testing program. She was instructed to call the Merit color line system daily and when her color (brown) was called, she was to report to Merit and submit to a drug screen.

On March 19, 2021, Merit reported Ms. Brisbois-Logie failed to show up to random UA testing on March 18, 2021.

On March 30, 2021, Merit reported Ms. Brisbois-Logie failed to show up to random UA testing on March 29, 2021.

On April 7, 2021, Merit reported Ms. Brisbois-Logie failed to show up to random UA testing on April 6, 2021.

On April 13, 2021, Merit reported Ms. Brisbois-Logie failed to show up to random UA testing on April 12, 2021.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND INCORPORATE THE ABOVE VIOLATIONS WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 14, 2021

by  s/Arturo Santana

Arturo Santana
U.S. Pretrial Services Officer

THE COURT ORDERS
[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke* (signature)

Signature of Judicial Officer

4/14/2021
Date