✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2021

SEAN F. MCAVOY, CLERK

for

Eastern District of Washington

U.S.A. vs.        Brisbois-Logie, Deshayna Rheann        Docket No.        0980 1:19CR02042-SAB-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Deshayna Rheann Brisbois-Logie, who was placed under pretrial release supervision by the Honorable Chief U.S. District Chief Judge Stanley A. Bastian, sitting in the Court at Yakima, Washington, on the 25th day of January 2021, under the following conditions:

**Special Condition #8**: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #5**: Deshayna Brisbois-Logie is alleged to be in violation of her pretrial release conditions by being terminated from inpatient substance abuse treatment on May 11, 2021.

On January 26, 2021, the conditions of pretrial release supervision were reviewed and signed by Ms. Brisbois-Logie. She acknowledged an understanding of her conditions, which included special condition number 8.

On April 14, 2021, Ms. Brisbois-Logie failed to show up for her bed date at American Behavioral Health Systems (ABHS) in Spokane, Washington.

On April 21, 2021, Ms. Brisbois-Logie was admitted at ABHS for inpatient substance abuse treatment for a 30-day program.

On May 11, 2021, Ms. Brisbois-Logie was unsuccessfully discharged from her treatment program at ABHS for rule violations due to threatening to assault another client as well as hate speech and asking to be removed from the program.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS
PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:        May 12, 2021

by        s/Arturo Santana

Arturo Santana
U.S. Pretrial Services Officer

PS-8

**Re: Brisbois-Logie, Deshayna Rheann**
**May 12, 2021**
**Page 2**

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[ ]     Defendant to appear before the Judge assigned to the case
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

5/12/2021
_____
Date