PROB 12C
(6/16)

Report Date: December 12, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 12, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Deshayna Rheann Brisbois-Logie    Case Number: 0980 1:19CR02042-SAB-1

Address of Offender: ███████████████    White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 7, 2021

| | |
|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 1153 and 113(a)(6) |
| Original Sentence: | Prison - 18 months; TSR - 36 months |
| Asst. U.S. Attorney: | Michael Murphy |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: September 19, 2022

Date Supervision Expires: September 18, 2025

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.
 | **Supporting Evidence**: Ms. Brisbois-Logie is alleged to have violated her conditions of supervised release by consuming tetrahydrocannabinol (THC), on or about November 27, 2022.
 | On December 1, 2022, this officer was contacted by staff at Merit Resource Services (Merit) stating that Ms. Brisbois-Logie had provided a urinalysis (UA) test which tested positive for THC. While at Merit, Ms. Brisbois-Logie signed an admission/denial form admitting she consumed THC.
 | Later that same day, this officer contacted Ms. Brisbois-Logie via telephone, and inquired about the positive UA. Ms. Brisbois-Logie admitted that she had consumed THC on November 27, 2022, and had signed an admission form at Merit. This officer reminded Ms. Brisbois-Logie that she is not allowed to consume THC while on supervised release, and Ms. Brisbois-Logie acknowledged she made a poor decision. In addition, this officer informed

Prob12C

Re: Brisbois-Logie, Deshayna Rheann
December 12, 2022
Page 2

Ms. Brisbois-Logie if she agreed to get into compliance with substance abuse treatment, mental health treatment, and provide her colorline urinalysis within 2 weeks, a no-action report would be submitted to the Court. If not, this officer would submit a summons to the Court. Ms. Brisbois-Logie voiced her understanding.

2  **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Brisbois-Logie is alleged to have violated her conditions of supervised release by failing to submit to urinalysis testing on December 6, 2022.

On December 8, 2022, this officer received a letter from Merit stating that Ms. Brisbois-Logie failed to appear for her colorline UA test on December 6, 2022. That same day, this officer attempted to call Ms. Brisbois-Logie via telephone, however, there was no answer and it was impossible to leave a voicemail. This officer also attempted to call Ms. Brisbois-Logie's mother, however, she did not answer and this officer left a voicemail.

On December 9, 2022, this officer attempted a home contact at Ms. Brisbois-Logie's residence, but she was not home. Later that day, this officer received a telephone call from Ms. Brisbois-Logie, whereby she informed this officer she had just returned home after a job interview. This officer informed Ms. Brisbois-Logie since she had not remained violation-free for 2 weeks by failing to submit her colorline UA at Merit on December 6, 2022, a summons would be issued to the Court. Ms. Brisbois-Logie voiced her understanding.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/12/2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/13/2022
Date