PROB 12C
(6/16)

Report Date: December 29, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 29, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Deshayna Rheann Brisbois-Logie     Case Number: 0980 1:19CR02042-SAB-1

Address of Offender: ███████████████     White Swan, Washington 98952

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 7, 2021

Original Offense:     Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 1153 and 113(a)(6)

Original Sentence:    Prison - 18 months;      Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Michael Murphy            Date Supervision Commenced: September 19, 2022

Defense Attorney:     Federal Defenders Office  Date Supervision Expires: September 18, 2025

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on December 12, 2022.

On September 26, 2022, supervised release conditions were reviewed and signed by Ms. Brisbois-Logie acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Brisbois-Logie is alleged to have violated her conditions of supervised release by failing to submit a urinalysis (UA) test on or about December 22, 2022. |
| | On December 22, 2022, this officer received an e-mail from staff at Merit Resource Services stating that Ms. Brisbois-Logie had failed to submit her colorline UA on that date. |
| | On December 26, 2022, this officer attempted to contact Ms. Brisbois-Logie via telephone, however, no one answered and the voicemail was not set up. This officer also sent Ms. Brisbois-Logie a text message directing her to call this officer as soon as possible. On the same date, this officer also contacted Ms. Brisbois-Logie's mother, however, Ms. Brisbois-Logie was not home. |

Prob12C
**Re: Brisbois-Logie, Deshayna Rheann**
**December 29, 2022**
**Page 2**

| | | |
|---|---|---|
| 4 | | **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Ms. Brisbois-Logie is alleged to have violated her conditions of supervised release by changing her living arrangements on or about December 20, 2022.

On December 26, 2022, this officer contacted Ms. Brisbois-Logie's mother via telephone in an attempt to speak with Ms. Brisbois-Logie regarding a recent missed colorline UA test. When Ms. Brisbois-Logie's mother answered the phone, she informed this officer that her daughter was not home and had not been residing at her house since December 20, 2022.

| | | |
|---|---|---|
| 5 | | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Ms. Brisbois-Logie is considered to be in violation of her supervised release conditions by failing to report to the probation office as instructed on December 28, 2022, before 3 p.m.

On December 27, 2022, this officer attempted to conduct a home inspection at Ms. Brisbois-Logie's residence. At the front door, this officer made contact with Ms. Brisbois-Logie's mother. She stated she was texting her daughter earlier. This officer confirmed we have the same number for Ms. Brisbois-Logie. This officer provided her my business card with reporting instructions for Ms. Brisbois-Logie to report to the probation office on December 28, 2022, before 3 p.m. She also said she would send Ms. Brisbois-Logie a text message to report to the probation tomorrow before 3 p.m. This officer attempted to contact Ms. Brisbois-Logie by telephone, but was unsuccessful and also sent her a text message directing her to report December 28, 2022, before 3 p.m.

On December 28, 2022, this officer again attempted to contact Ms. Brisbois-Logie by telephone, but received no answer. This officer left a voicemail message on the offender's cellular telephone with this officer's contact information. Ms. Brisbois-Logie failed to report to the probation office as directed. She also did not attempt to call or text this officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/29/2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C

Re: Brisbois-Logie, Deshayna Rheann
December 29, 2022
Page 3

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*
Signature of Judicial Officer

12/29/2022
Date