PROB 12C
(6/16)

Report Date: January 24, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Deshayna Rheann Brisbois-Logie   Case Number: 0980 1:19CR02042-SAB-1

Address of Offender: ███████████████   White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 7, 2021

Original Offense:    Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 1153 and 113(a)(6)

Original Sentence:   Prison - 18 months;           Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Michael Murphy               Date Supervision Commenced: September 19, 2022

Defense Attorney:    Federal Defenders Office     Date Supervision Expires: Tolling

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on December 12 and 29, 2022.

On September 26, 2022, supervised release conditions were reviewed and signed by Ms. Brisbois-Logie acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ms. Brisbois-Logie is alleged to have violated her conditions of supervised release by being arrested and charged with third degree malicious mischief in Yakima County on January 22, 2024.<br><br>On January 22, 2024, a Union Gap Police Department (UGPD) officer was dispatched to the JC Penney store for a theft in progress. Call notes indicate Ms. Brisbois-Logie attempted to burn a theft prevention tag off of a suitcase inside of the store. At the scene, Ms. Brisbois-Logie was identified as the suspect, and she attempted to flee with an armload of merchandise through an emergency door in front of the officer. As the UGPD officer pulled along side Ms. Brisbois-Logie, she dropped the merchandise. When the UGPD officer gave Ms. Brisbois-Logie verbal directives to stop, she failed to comply. The UGPD officer activated his patrol vehicle lights as Ms. Brisbois-Logie attempted to run east toward a Game Stop store. The UGPD officer again identified himself and gave Ms. Brisbois-Logie a verbal directive that she was under arrest. At that point, Ms. Brisbois-Logie stopped running and complied with the officer's directives. |

Prob12C
**Re: Brisbois-Logie, Deshayna Rheann**
**January 24, 2024**
**Page 2**

    The UGPD officer placed Ms. Brisbois-Logie in handcuffs and explained her Miranda Rights, to which Ms. Brisbois-Logie indicated she understood. The UGPD officer searched Ms. Brisbois-Logie's person and found what appeared to be a methamphetamine pipe in her pocket. The officer also found what appeared to be a tooter pipe. Ms. Brisbois-Logie was escorted to the back seat of the UGPD patrol vehicle.

    When the UGPD officer inquired as to her name, Ms. Brisbois-Logie initially replied "Sheree Ford," with a date of birth "May 13, 1993." Ms. Brisbois-Logie replied "1994," but then hesitated and changed her birth year to "1993." The UGPD officer ran the name Sheree Ford; however, she looked nothing like his suspect in custody, as well as possessing a different date of birth. The UGPD officer again asked Ms. Brisbois-Logie if her name was Sheree Ford with a birth date of May 13, 1993, to which Ms. Brisbois-Logie replied in the affirmative. When the UGPD officer asked if Ms. Brisbois-Logie had a current Washington State driver license on her person, she said she did not. The officer explained to Ms. Brisbois-Logie that she was being charged with retail theft with special circumstances, and asked again if she would like to provide him with a different name. Ms. Brisbois-Logie then replied yes, and provided him with the name "Deshayna Rheann Brisbois-Logie, 3/8/87."

    Ms. Brisbois-Logie informed the officer that she had an active United States Marshals warrant, which is why she initially provided the false name. Ms. Brisbois-Logie was subsequently booked into Yakima County Jail for retail theft with special circumstance, third degree theft, and third degree malicious mischief, for stealing $445.11 worth of merchandise and for burning a theft prevention tag.

7    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: Ms. Brisbois-Logie is alleged to have violated his conditions of supervised release by being arrested and charged with third degree theft in Yakima County, on January 22, 2024.

    Please refer to the supportive evidence narrative found in violation #6.

8    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: Ms. Brisbois-Logie is alleged to have violated his conditions of supervised release by being arrested and charged with retail theft with special circumstances in Yakima County, on January 22, 2024.

    Please refer to the supportive evidence narrative found in violation #6.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/24/2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C

Re: Brisbois-Logie, Deshayna Rheann
January 24, 2024
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

01/25/2024
Date